# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **JUJUAN NORMAN,** ) | **CASE NO. 1:05CV1796** |
| ) | |
| **PETITIONER,** ) | |
| ) | |
| v. ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **MARGARET BRADSHAW,** ) | |
| **WARDEN,** ) | |
| ) | |
| **RESPONDENT.** ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |

On July 15, 2005, Petitioner Jujuan Norman filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his criminal conviction. This case was referred to Magistrate Judge Nancy A. Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1 (Dkt. # 4). On September 26, 2006, Magistrate Judge Vecchiarelli filed a report recommending that Petitioner's application for habeas corpus be denied (Dkt. # 19). On October 26, 2006, Petitioner filed objections to this recommendation (Dkt. # 22).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*. The Court finds that the report and recommendation (Dkt. # 19) is well-supported and that Petitioner's objections are without merit. Therefore, Magistrate Judge Vecchiarelli's report and recommendation is hereby **ADOPTED** and Petitioner's objections are overruled.

Accordingly, Petitioner's Writ of Habeas Corpus is **DENIED.**  Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - November 8, 2006**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**